SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
IGNACIO VERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>    Plaintiff,<br><br>vs.<br><br>MIGUEL TADEO CASTILLEJO D/B/A ARTESANIAS TIPICAS MEXICANAS; ARIS SARIGIANIDES, AS TRUSTEE OF THE ARIS SARIGIANIDES TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 8:25-cv-01561-DOC (KESx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff IGNACIO VERA ("Plaintiff") and Defendant ARIS SARIGIANIDES, AS TRUSTEE OF THE ARIS SARIGIANIDES TRUST stipulate that this Court dismiss the above-captioned action in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED: November 12, 2025        SO. CAL. EQUAL ACCESS GROUP

By:    */s/ Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

DATED: November 12, 2025   Law Office of Rosalinda V. Amash

By:    */s/ Rosalinda V. Amash*
      Rosalinda V. Amash, Esq.
      Attorneys for Defendant
      ARIS SARIGIANIDES, AS TRUSTEE OF THE ARIS SARIGIANIDES TRUST

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 12, 2025        By: */s/ Jason J. Kim*
      Jason J. Kim